IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **THE EQUAL RIGHTS CENTER,** | * * * | |
| Plaintiff, | * * | |
| v. | * * * | **Civil Action No. 8:10-cv-2400-DKC**<br>**Hon. Deborah K. Chasanow** |
| **LERNER ENTERPRISES, et al.,** | * * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

The Equal Rights Center and Lerner Enterprises, *et al.* have entered into a Consent Decree intended to resolve this litigation. The parties hereby jointly move the Court for approval and entry of the Consent Decree, attached hereto as Exhibit A.

Dated: September 21, 2011                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　  ___/s/ Derek Y. Sugimura_____
　　　　　　　　　　　　　　　　　　　　　　  Derek Y. Sugimura (Bar No. 28600)
　　　　　　　　　　　　　　　　　　　　　　  W. Hunter Winstead (Bar No. 28603)
　　　　　　　　　　　　　　　　　　　　　　  Gilbert LLP
　　　　　　　　　　　　　　　　　　　　　　  1100 New York Avenue, NW, Suite 700
　　　　　　　　　　　　　　　　　　　　　　  Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　  Tel: (202) 772-2200
　　　　　　　　　　　　　　　　　　　　　　  Fax: (202) 772-3333

　　　　　　　　　　　　　　　　　　　　　　  Robert M. Bruskin (Bar No. 17479)
　　　　　　　　　　　　　　　　　　　　　　  Washington Lawyers' Committee
　　　　　　　　　　　　　　　　　　　　　　  For Civil Rights and Urban Affairs
　　　　　　　　　　　　　　　　　　　　　　  11 Dupont Circle, NW, Suite 400
　　　　　　　　　　　　　　　　　　　　　　  Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　  Tel:  (202) 319-1000
　　　　　　　　　　　　　　　　　　　　　　  Fax:  (202) 319-1010

　　　　　　　　　　　　　　　　　　　　　　  *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that I have this 21st day of September, 2011, caused a true and correct copy of the foregoing document to be filed with the Court's CM/ECF system. I further certify that I have caused a true and correct copy of the foregoing document to be sent via U.S. Mail first-class, postage prepaid, to:

> Michael W. Skojec (Bar No. 03735)
> Ballard Spahr LLP
> 300 E. Lombard Street
> 18th Floor
> Baltimore, Maryland  21202-3268
> Telephone:  410.528.5600
> Facsimile 410.528.5650
> skojecm@ballardspahr.com
> *Attorney for Defendants*

>    /s/ Derek Y. Sugimura_____
> Derek Y. Sugimura (Bar No. 28600)
> W. Hunter Winstead (Bar No. 28603)
> Gilbert LLP
> 1100 New York Avenue, NW, Suite 700
> Washington, D.C. 20005
> Tel: (202) 772-2200
> Fax: (202) 772-3333
>
> Robert M. Bruskin (Bar No. 17479)
> Washington Lawyers' Committee
> For Civil Rights and Urban Affairs
> 11 Dupont Circle, NW, Suite 400
> Washington, D.C. 20036
> Tel:  (202) 319-1000
> Fax:  (202) 319-1010
>
> *Attorneys for Plaintiff*